and Mr. Perry. Good morning, your honor. May it please the court, I'm Shane Perry. I'm behalf of the plaintiff appellants Diana Houck and the chapter 13 trustee Stephen Tate. First issue that we would like to take up is the 362 jurisdictional issue and obviously we probably start with the statutes on point. We believe the 28 USC 1334 clearly gives jurisdiction to the district court to handle a 362 K matter. 28 USC 157 does give the ability for the district court to assign cases to the bankruptcy court as we know, but it does not divest the district court of jurisdiction of a 362 claim. We find most important in 157 is B2G and if you look at it, it gives a list of certain things that are core matters and G is most important in that as a core matter it talks about motions to terminate a null or modify the automatic stay but not anything about a determination of a violation of the automatic stay. So as you know in this case what happened, there was a bankruptcy, it was a pro se bankruptcy, it was dismissed, they refiled during the pendency of the refiled bankruptcy, again pro se, the defendant, there were three that we've claimed against you know especially Lifestore Bank, but then it's foreclosed on the home during the pendency of the bankruptcy. Then the bankruptcy was dismissed for failure to file. Let me just ask you a factual matter. Yes sir. Did Lifestore remain the creditor? Did they sell the loan or are they still on the paper? Well that was one of the issues early on. At the time of the sale? I believe they were still, yes sir, they were still the holder of the note and deed in trust. All right and Grid was the agent to seek foreclosure or to collect? Well that that's an interesting question. Grid first was brought in to to do a workout and with the workout. My main concern is whether Grid ever purchased the paper. Did they ever appear as the? No your honor. They didn't purchase the note or the deed in trust? No Judge Dean Marley did not. And then STS was brought in by the law firm to foreclose, substitute trustee? Yes your honor. And so still at the time of the sale, the lender was Lifestore? Yes sir. Okay. Yes sir. And so they were. So I lost my place. All right. So during the pendency they sold the house again and one of the things that we moved for early when I was brought in and we filed this suit, we moved for an injunction to stay the sale from Lifestore to a third-party bonafide purchaser for value because that would really complicate the case. If we showed that they should not have sold the house, which they shouldn't, during the pendency of the bankruptcy, then that would stay it in foreclosing problems down the line. Well there was a determination early on in the district court from Judge Voorhees that that was a voidable sale not voidable, not void. So he made a 362 determination during the case. The interesting thing about this is that G talks again, as I was saying, it does not mention a determination of a violation of the stay and as we know that if something is purposely left out then it's not part of the law. Some things to remember about this, this is, this was filed with the district court. It's 513 CV 66. This is a civil case. It is not a bankruptcy case if you look at it that way. There was no estate set up. There was no trustee. None of the things, none of the trappings of a bankruptcy case occurred here. This is simply a civil court case and really what it was, it's a 362 with about seven state pending claims attached to it. Now if the district court had no jurisdiction, then how do we get here? There will, as I said, there were determinations made in it. Now GRID's motion to dismiss relied on, let me make sure I understand your position. Are you saying that there was no need for the district court to withdraw its order of reference in this case because this was an entirely separate proceeding from the original bankruptcy case? Yes, that's an excellent question because there was never a reference. There is a standing order for reference but this case was never referred over to... When you say this case, you're talking about the case related to the violation of the stay. Yes, your honor. But I guess the, I don't think any of you all are arguing this point, but the amicus is arguing that the original bankruptcy proceeding is the case that relates to the violation of the stay and in order for the district court, and I agree with you that the district court has jurisdiction, original jurisdiction, but in order for the district court to exercise that jurisdiction, it had to take an affirmative step to withdraw the order of reference with respect to the original bankruptcy case and then take the case back. Well that original, I'm sorry, is that not required? That no longer existed. Well the problem with that is they would have to fix all the problems. They would have to repair the damage of not filing the paperwork. In other words, if the court wanted us to reopen the bankruptcy estate and file an adversary proceeding or a motion for sanctions, all of the paperwork that wasn't filed that caused the failure of the case would have to be filed. It would have to be really a new filing because it failed. You see the deficiencies would have to be repaired. I don't think that's possible that two years later after the bankruptcy was dismissed because that's how long it took to actually file this case. Now the order of reference, the standing order of reference, I don't think that it removes the jurisdiction. It doesn't devolve the jurisdiction. The word I'm looking for is divest. It does not divest the jurisdiction from the district court. As a matter of fact, if you look at the standing order, there's a lot of controlling language in the standing order that tells the bankruptcy court what to do and how we can take it back. So if the 362, I'm sorry, if the district court can remove jurisdiction, sua sponte, from the bankruptcy court, it must necessarily retain power of the case, retain jurisdiction. Now Gritt's motion relied on Scott and that's what the, that's how Judge Kerr dismissed the case was on the Scott versus Wells Fargo home mortgage, which that relied on the old 362H. As you know in 1984, 362 was revised in the new, because what he was saying is that there's no private right of action under 362, which is clearly at odds with the new 362, has been for 31 years I believe, that there is a private right of action under 362. Is it now categorized, now labeled as K? Yes, yes, your honor. Yes, it is. And it's a damage action. In other words, before you had the damage action, the intuition of any person would be that you violate a 362 stay, you bring your action in the bankruptcy proceeding, and all you can really do is get an injunction telling them not to go ahead. In other words, telling them, enjoining the sale. And, and that was the normal intuition, but when K was instituted, it creates a damage action. And when you couple that with 1334, you've got an independent damage action filed in the district court. And that's your position, isn't it? Yes, your honor, it is. It's well stated. Thank you. And, and that's, that's another distinction, that this is, this is a damages action under 362K, and it's not like a 105 sanctions action, which is probably more properly held in the bankruptcy court. Let me just ask you, and I don't, I probably know, there was never an adjudication specifically that dismissed life stored. Correct. We had, we had some rulings as to whether we didn't have a district court on the basis that you're talking about, said it didn't have subject matter jurisdiction of the whole case, which means it's not individualized to any party. And by not having subject matter jurisdiction, that did end the whole case. The February order ended the whole case and gave us jurisdiction on appeal. Well, you're right, and that's getting to the interlocutory nature of this case. Well, that's the first thing we'd have to address. All right. I wouldn't spend much time on it, but unless you disagree with what I just observed. Well, I wanted to follow it, and I'll, what I said was in February, the district court dismissed the case on the motion of grid. Yes, your honor. And did it on subject matter jurisdiction. Now, life store was not a party to that motion. Correct. But dismissing it for subject matter jurisdiction doesn't require grids motion or life stores motion. The court could have done it on its own, sua sponte. It could. On subject matter jurisdiction. And once it gets rid of the case on subject matter jurisdiction, it gets rid of it for everybody. Well, here's the problem that we feel about that. Life store did not move, and under the local rules, every party must make their own motions and must brief their own motion. A court could have taken, just said, I don't have subject matter jurisdiction. Somebody in the audience could have stood up in the corner and said, court, you have jurisdiction. The court should have never thought about that. Nope, I don't. Absolutely, your honor. And that ends the case. Well, the problem with that is that the court could also have determined that for life store, they were going to retain the state claims. You can't retain jurisdiction when you don't have subject matter jurisdiction. Over the federal claims, correct. But they could have retained the state claims if they'd liked to, but they didn't mention that. I'm not sure about that. If the court didn't have jurisdiction from the get-go, subject matter jurisdiction, I don't know how the state claims could remain viable. The entire premise for having the state claims in federal court was the basis, the original jurisdiction over the federal claim. Well, my understanding of the law, and I'm going to yell a lot, my understanding of the law was that they had the option to retain the state claims. But I'm not sure that that follows when the dismissal of a federal claim is based on subject matter, lack of subject matter jurisdiction. I understand, but one quick point that we would want the court to understand is that the, there was no notice for our tolling. Under 1367 D, we've got 30 days to get those claims to state court. And the Fourth Circuit saw it the same way we did, that life store was not dismissed. And so Diana Houck and Stephen Tate have not moved in state court. As a matter of fact, the case, if you remember, the lower court foreclosed any action. We asked, we moved to reopen the estate, reopen the case, the civil case in district court, to make motions. And one of them was possibly a non-proton certification, if it was interlocutory. And the other was to possibly remove the claims for life store and go ahead and file in state court. But they shut down the case, and that's one of the things that we're asking for in our motion, in our prayer for relief, is a tolling under 1367 D, because the Fourth Circuit did say the case was still live against life store. And we're also looking for a clarification that the lower court did not dismiss, obviously, the life store claims. Because the order did not mention life store and life, it's because it based its order on Grid's motion. It's based on the motion by Grid, and Grid never mentioned life store. Maybe life store wanted to retain jurisdiction. How did it reach the merits of STS's claim? Well, that was dismissed early on, based, dismissed later, earlier, based on lack of notice. Well, life store was, I'm sorry, STS runner was dismissed under a Nick Paul Twombly issue. They were saying we didn't. I understand, but that doesn't, the court concluded that it hadn't been given notice, right? Who? STS. What was the ground? What's the nature of the claim? The claim was simply a violation. Well, we have a civil conspiracy claim, and that's part of the, our Cohen. I want to know why the district court dismissed STS. They said we failed to state a claim upon which relief could be granted. Well, that doesn't tell me why. I'm sorry, they said that, but it was Nick Paul Twombly. They said we didn't state the claim properly. It was a rule 8 kind of thing. It's just procedural. Tell me what the substance was. What didn't they state? Oh, they said that we didn't claim they violated 362 or any of the state laws. They say we just didn't plead it properly. It was simply the notice. Lack of notice. Lack of notice. Isn't that what I just asked you from the very beginning? I'm sorry. Yeah. And, and the notice you claim is that Ms. Houck's husband called the law firm representing STS and told them. That was part of it, yes. But we also, they have certain systems in place, and I've got a red light. We've got certain systems in place, the banks do, to give immediate notice, which if you'll notice the first. He called, and he called, and he called Life Store, right? He did. So he called the creditor, and he called the attorney for the foreclosing trustees. Yes, your honor. That's why we feel they had notice because of the presentation. Thank you. Yes, your honor. Good morning, your honor. May it please the court. Jeffrey Bunda, Charlotte, North Carolina. I'm happy to defend and substitute trustee services. First Judge Nehemiah, I'd like to address just a little bit about the specific facts on how we got here, just to answer a little bit of the court's questions. This bankruptcy case was filed on a Friday afternoon in December. The trustee sale occurred on a that Wednesday, literally 24 hours afterwards. So that gives... Well, I understand, but the question is why did the sale go ahead when on the bankruptcy was filed? Her husband called the attorneys and called Life Store and told them we filed a petition bankruptcy, and the allegation in the complaint is that the attorneys acknowledged they had the file, and he wanted to give them the Now, why isn't that effective notice on behalf of everybody? Basically, the attorneys specifically representing STS, but STS is nothing more than the trustee representing the lender. Your honor, I would posit to the court the written notice under the Bankruptcy Code has to be given, that Ms. Howe did not... Ms. Howe herself did not include STS. Why do we have that? What we have in the statute is we have an individual injured by a willful violation of a stay shall recover all actual damages. So all Ms. Howe has to prove is that it was a willful violation. That's correct. Now, if she's able to prove that she talked to the law firm and told them about it, and she talked to the... her husband talked to the bank and told them about it, and they go ahead, why doesn't that prove willful? Your honor, I would submit to the court that Mr. Penley, Ms. Howe's husband's telephone call to the law firm under the cases that I discuss in my principle brief do not rise to the level of a willful violation of the automatic stay. Hold it. What's willful mean? Willful means with knowledge, right? That's correct, your honor. Alright, so if they had knowledge, you think that they can stand in front of a jury and say we didn't have knowledge because they didn't give it to us in writing. Now, you might want to be able to say that, but I'm not sure that satisfies that they need to prove that. They just need to prove that you knew it and went ahead. It wasn't an accident where you didn't have any notice. Your honor, again, I would submit to the court that that is not sufficient. It's not a notice question. It's a question of proving willfulness. It's not a question of notice. The question is what are the attorneys thinking when they're told a bankruptcy case was filed today? Here's the number. The lady says, I have your file here, takes the number down. Now, what is the law firm thinking? She runs to the partner and says, hey, they filed a petition of bankruptcy, and the partner says, don't worry about it. We didn't get written notice. Let's go ahead with the sale. Your honor, you think somebody can file willfulness in that case? Your honor, I did not see sufficient allegations in the actual complaint to suggest that these events really happened outside of the law firm, right? Ms. Hout says that her husband spoke to the law firm. That's not speculation. That's a fact, which may turn out not to be true, but at least at the pleading stage. Why does she need to say anything more? Your honor, I would submit to the court that first, her, now if she had called, that may be. What difference does it make? We're talking about a statute that says willful. That means, you know, if the police officer came down and said, I saw your and I saw that they filed a petition of bankruptcy, and the attorney believed and says, oh really? And then he sides, he said, well, I'm going to ignore it. They can present that as evidence that he knew. Your honor, even to the extent that the court would deem that there was a willful violation, I also argue that there were no proof of actual damage, no pleading of any actual damage. She alleged that she lost the damages? Didn't she allege that? Your honor, she did, but when read in tandem with the fact that the bankruptcy was literally dismissed the day after the sale, during North Carolina's 10-day redemption period, where, just speculating, had the bankruptcy survived, the trustee could have come in and moved to the other side. It's got to do with the 362K claim. That there's no damages. 362K is straightforward. It only has about two or three elements. It basically says an individual injured by any willful violation of a stay, provided in this section, shall recover actual damages, including costs and attorney's fees, and in appropriate circumstances may recover punitive damages. Now, if she was able to uncover in a deposition that the law firm said, let us, let her send stuff, she's pro se, she didn't send written notice, that doesn't count that we know, and go ahead with the sale. Pretty serious stuff. Your honor, I would again submit to the court the underlying complaint did not plead that she suffered damages. Read in tandem with the fact that her bankruptcy was immediately dismissed. What does it say about her damage? I don't know why we're fighting over what the record says, but it seems to me what you're saying is she didn't allege damage. If she didn't allege damage, she's probably in trouble, but I'd like you to tell me what she alleged in terms of damage. Your honor, I believe she alleged lost income, lost, essentially she alleged damages for not continuing on with her bankruptcy case, and that was somewhat of a misrepresentation. I thought she lost, she alleged damages for the loss of her property. She did, your honor, but the property could have been preserved had the bankruptcy case, had she done what she needed to do. You can put a defense in at trial, but she's lost the income from the property, and her business that she was conducting from the property, isn't that what she alleged? She does, your honor, she does. Well, there are some bankruptcy courts, although we don't have any precedent, that says that the recovery of attorney's fees is sufficient enough in terms of damages. So she did ask for that. She did ask for attorney's fees, your honor. She did ask for emotional distress damages. At a pleading state, how can you say that she had properly alleged a claim? Because, your honor, the timing of the issue that the foreclosure sale occurred on Tuesday, literally 24 hours before the bankruptcy case was dismissed for the failure to file the appropriate schedule. Well, it was dismissed, she let it go because she didn't think she had any recourse. It was already sold. Now, she probably did have some recourse. That's correct. But that doesn't mean, that might be a mitigation claim, but I think you're gonna have a hard time saying she didn't suffer any damage. I mean, you may have good defenses, but we're looking at a 12 v. 6, whether a claim under 362 K has been alleged, plausibly alleged. I'm not sure what your argument is at this point, if you acknowledge that they had knowledge. Well, I'm not conceding that necessarily they had knowledge. I think that the nexus of, at least in my research, I did not see a case where saying, for instance, if I walked into a member of the gallery's creditor and said, hey, such-and-such filed bankruptcy, that that triggered notice under... Doesn't trigger notice. You're missing the question. The question is, does it provide knowledge so that actions thereafter are willful? And in that case, it may not be, because the person may not rely on it. It may just be rumors scuttled by. But here you have the husband of the debtor calling. You have an allegation that they acknowledged it, that the husband provided the name of the bankruptcy proceeding. And you have the allegation that he called the bank also, didn't you? Now the question is, can you argue they didn't have knowledge? And you might be able to. But the answer, the standard now, is whether they at least alleged you had knowledge. And I don't know why that isn't knowledge. Your Honor, I don't think that that knowledge raises to the level of a willful violation of the automatic say. I think... You mean if you have knowledge that a bankruptcy case is filed, as an attorney, and then you go ahead and sell the property, that couldn't, that's not willful? Your Honor, it's my position that willful requires at least some level of intent. That, that they, that they have the actual, the actual knowledge, and that they moved forward contrary to that actual knowledge. What we see here is Ms. Howe's husband... What do you think the, what do you think the, why isn't it willful if you have that fact? I'm sorry, Your Honor? If you assume the attorneys know it was a bankruptcy proceeding file, they have knowledge of it, and they proceed to sell notwithstanding, why isn't that willful? Your Honor, the law firm and the trustee, just as a reminder, are two separate entities. You don't go talking to the client when the client's represented by an attorney, and he's been in it from the beginning, both proceedings. He's the one that goes to the state, he's the one that's sending the notices. He's the one you talk to, right? Isn't that the ethical way to do it? Typically, Your Honor, when you're dealing with pro se folks, I know from my experience, a lot of times the pro se client will call the other pro se client, and I know when I'm representing... That's correct, Your Honor. That's correct. And, you know, that's what I would like to point out, that the bank was the only party that was included in the underlying creditor's matrix, and to the extent there even was a creditor's matrix that was filed, I believe that there was some discussion about that at the district court level, that there was not necessarily even an appropriate creditor's matrix, which was one of the... Well, I mean, you seem to be suggesting that the only way to get actual notice, to approve actual notice, is through a creditor's matrix that includes all of the relevant entities that are being sued for a violation of the state. Do you have any case that supports that intention? Your Honor, I believe that that in the statute. That, well, that the statute provides that notice shall be given, and it's in writing, and that was not, that was not here. Was the bank notified? The bank was, I believe... The bank was listening, nobody else. Your Honor, that's correct, Your Honor. I believe by the Bankruptcy Mailing Center on a Sunday afternoon, I believe they sent out the mail, which... But why did they have to notify its agents, GRID and STS? The bank is the creditor. That's correct, Your Honor, but, and that's why the district court allowed the state violation of the 362k claim to proceed as to life-storage, and not as to jurisdiction, and didn't proceed at all. That's correct, Your Honor. They did that a little bit late, and that's been one of the challenges to this case, that you have the October 23, 12B6 order, and then the February 2014, 12B1 order, which then led to the interlocutory question that was posited to the court, and I think, Judge Niemeyer, you accurately said that due to the fact that the court's one party or all parties, that deprived the court of the underlying subject matter jurisdiction. Because Diane and Ricky were forced to move from the homestead to a smaller cabin, they suffered unreasonable loss, including not limited to A through I. Loss of rental income, smaller cabin, forced to move, loss of antiques, loss of income, produce stand, loss of the barn, loss of furniture, emotional injury, sentimental possessions. Isn't that an allegation of damages? It is an allegation of damages, Your Honor, to the extent that they were damaged, they were damaged by the fact that they were being foreclosed. It was not damages flowing from the alleged violation of the automatic stay, which very, very brief window where the bankruptcy is stable. She lost the property, didn't she, on Tuesday? I believe so, Your Honor, I believe that's correct. At that point, she had no right to sell from her produce stand. Your Honor, she also had a 10-day right to redeem, and she also could have refiled a claim. Mitigation. You might be able to prove some stuff, but the real question here is there a 12B6 claim? Your Honor, again, I would submit to the court that the under 12B6 grounds for the lack of actual notice to rise to the level of actual knowledge and notice to rise to the level of a willful violation. What authority, you keep arguing about actual notice, but what authority do you have that the notice has to be in writing? Your Honor, and forgive me, I did not bring the actual statutory citation up to the podium with me. It is in my principal brief. It is in the bankruptcy code that there is a provision that the notice upon the filing of the bankruptcy, the notice is given, and typically it's in writing, and I believe that that is so. Typically it's in writing. The auctioneer is standing on the block, ready to sell the property, and the attorney goes and files a bankruptcy that morning and calls the auctioneer and says, we just filed a bankruptcy case, halt the sale. Is that notice? Your Honor, and that can be construed as at least putting the brakes on something? Well, you should be putting the brakes on, and that's what her husband was doing. And Your Honor, to the extent that the court thinks? No, I'm just asking, you're saying that they didn't state a 12B6 because they didn't state he had knowledge, and I'm And I haven't heard you say why they didn't have knowledge. Knowledge is information. It's my position, Your Honor, a phone call, an unsubstantiated phone call to an unidentified person in a law firm representing the trustee, that goes back to the whole Iqbal-Tombly, that it's speculation, that Mr. Penley, who's not a party to the lawsuit. He doesn't have to be, he happens to be her husband. And he identified himself, and he identified the bankruptcy, and he identified the case number. Now, tell me why, maybe that's not knowledge, and you can argue that, but it seems to me it makes a plausible claim that the law firm knew when that call was made that a second bankruptcy proceeding had been filed. And that argument, you can rebut the facts, but the question is, has a claim been made that he had, the firm had knowledge? And in the face of that knowledge, proceeded to sell. And, Your Honor, again, I would just look at the facts, that it's her husband, who's not Alba Gore on the promissory note, whose name is nowhere necessarily on the file, calls in, calls the office, doesn't say who he spoke to, doesn't say that he spoke to somebody in the bankruptcy department, doesn't say that he spoke to a bankruptcy lawyer, says he spoke to somebody. Why don't you let him develop that trial? Your Honor, it's my position. He may have spoken to a custodian who didn't even belong to the law firm, and the law firm never had any knowledge. He'd be in good shape. Your Honor, simply put, I, you know, again, stand on my briefing, that the court's October order was appropriately entered, that the court did have subject matter jurisdiction, and I'm happy to talk a little bit more. This is what he alleged, and you'll tell me whether this is enough just to allege knowledge. He says, Ricky called HSKP and notified them of the bankruptcy filing. He told the person who answered the phone that Diana had filed her bankruptcy petition. The person on the phone said, hold on. She then told him that she pulled up the file for Diana Hopp and acknowledged that they had a file for her. Ricky gave her the new bankruptcy case number at that time. He mentioned that it was a new filing filed that day. That was the end of the phone call. Now, do you think that's enough to at least allege notice to the firm? Again, Your Honor, I would just simply state that, in my mind, Would you answer my question? Is that enough to allege notice? On its base, while I didn't concede anything, that does at least frame the question of why they think the law firm had notice. Again, I don't think that that's appropriate notice to raise to the level of a willful violation under 360. Do you think it's knowledge? Did they give the firm knowledge? Or information? But, again, not knowing who it was. Not having any more information played in the complaint. I would agree with the court that I don't think it's necessary for them to say that at 1.30 p.m. they spoke to this person and they spoke to this person and they spoke to this person. But just saying that they called and And they pulled up the file. And they gave them the file number of the new bankruptcy. And they said the new bankruptcy was filed today. And, Your Honor, again, I would agree with the district court's determination on that point. Well, let me go back. It seems to me that you're conflating or trying to use 11 U.S.C. 342 C.1. Okay. Although, as to notice. But that is as between a debtor and a creditor. And, in this case, the affilee is not a creditor of this house. So, that section doesn't save you. Even if notice is an issue. I'm not sure it is, I think. And that's a good point, Judge Boyd. To that extent, what I would submit to the court that There is some level. Although the associate trustee in a North Carolina foreclosure proceeding is a neutral party. Cannot represent a lender or a creditor. There is some level of agency relationship. So, I think that that particular provision would apply. I would. You think a substitute trustee. Let's say everybody is represented by attorneys. And the attorney for the debtor calls the substitute trustee attorney. And said, we filed a bankruptcy case today. Halt the sale. And the substitute trustee and his attorney go ahead and sell the property. Would that form the basis of a willful violation of the estate? Your Honor, I don't. Just on the basis of that, without knowing more. Just hypothetically speaking, let's say the debtors. Let's say they filed the bankruptcy at 1159. The sale was at noon. The bankruptcy's attorney called in at 1201. The question, my hypothetical is that the guy calls before the sale. The guy goes ahead and sells it, knowing of that call. Having received that call. Alleged that way, Your Honor. That very well probably would rise to the level of a willful violation of the estate. But in this case, given the facts and circumstances, I don't think that the facts rise to the level of a willful violation. Your Honors, I see my red light is on. Court has any other questions. I'm happy to address them. Thank you, Judge. Do we have? OK, Ms. Buran. Good morning, Your Honors. May it please the court. My name is Paula Steinhelber Buran, as court-appointed amicus. A little over 20 years ago today, in this very courthouse, the late Honorable Karen Williams of this court recognized my passion to sort through bankruptcy appeals. And she recommended that I pursue a career in creditor's rights in bankruptcy. Following that advice, I have spent the last 20 plus years in a bankruptcy practice. She'd be happy to see you here today. Thank you, Your Honor. I'm happy to see you again as well. Little did I know, though, Your Honor, that that passion would bring me back to this court to argue bankruptcy jurisdiction issues. The issue before the court may appear initially complex, but upon a review of the relevant statutes, case law that actually is appropriate and analyzes the issue, as well as public policy, the answer is clear. When a district court refers pursuant to 28 U.S.C. Section 157, proceedings arising under Title XI to a bankruptcy court, that bankruptcy court thereafter holds the jurisdiction over claims for violations of the automatic stay under 362K. Of course, it is certainly within the district court's prerogative at any time for cause to withdraw its jurisdictional reference. And I have several pages of notes here going through the jurisdictional and statutory statutes. However, Your Honor, Justice Diaz, I wanted to answer your question to the point. I believe you asked one of my opponents in the beginning of his argument as to whether the district court needed to withdraw the reference as it related to the underlying bankruptcy case. Partially, Your Honor, would be my answer. I don't believe that Section 28 U.S.C. 157 requires the entire case to be withdrawn. When we say the entire case, you're talking about the original bankruptcy? Yes, Your Honor. The entire bankruptcy case would not necessarily have to be withdrawn. Section D allows in whole or in part, as does the reference of the Western District of North Carolina in this instance, in whole or part could have been withdrawn. So what could have happened? How do you read 1334 in view of that statement? 1334 provides original but not exclusive jurisdiction to the district court. Notwithstanding statutory provisions giving exclusive jurisdiction to the bankruptcy court. Right? Something to that effect? Right, Your Honor. Notwithstanding any act of Congress that confers exclusive jurisdiction on a court of courts other than the district courts, the district courts shall have original but not exclusive jurisdiction of all civil proceedings arising under Title VII. Correct, Your Honor. So 1334 then gives the district court that original but not exclusive jurisdiction. There are instances where state courts might also have jurisdiction. And in this instance, though, Congress also then gave the district courts the authority to cede that jurisdiction to the bankruptcy court.  Case was over. And now a person who claims to be injured by the stay and have damages files a suit under 362K, an independent suit in federal court. Correct, Your Honor. It's not in bankruptcy court at all. It's filed in this court under 362A and 1334. Correct, Your Honor. Did the district court have jurisdiction to that case? Your Honor, given the reference that was in place at the time in the Western District. There's no reference. It's not a bankruptcy proceeding. It's not a 157 proceeding. It's a independent cause of action under 362K for violating an automatic stay post-bankruptcy and relying on 1334. Your Honor, in answering that question, I would respectfully point, Your Honor, to 28 U.S.C. 157 that it says each district court may provide in any or all cases under Title 11 and any or all proceedings arising under Title 11. So it's not just the case that can go to the bankruptcy court. It's any and all proceedings under Title 11. And in this instance, the underlying claim of violation of the automatic stay is 11 U.S.C. section 362K. So that very thing is a proceeding arising under Title 11. So I would take the position, Your Honor, that it's not just the case. It's that proceeding because it arises under Title 11. And 157 specifically allows there to be a reference for anything arising under it. Do you think 1334 says notwithstanding any such statute? Well, Your Honor, in connection with 1334, the district court has the original jurisdiction, has that jurisdiction. Well, but the argument is that it has the jurisdiction but there's an automatic referral under the local rule. And that means it's in the bankruptcy court. But this case, that bankruptcy had ended, the referral had ended, and there's no bankruptcy case pending. And so now they bring up section 362K claim in district court. It's not a bankruptcy claim. It's a claim for damages or breach of duties in the bankruptcy proceeding earlier. They could go back and try to reopen the bankruptcy. That might have been a good way to do it too. But they didn't. They filed an independent action. And they relied on 1334, which says the court shall have joint jurisdiction notwithstanding those statutes. Correct, Your Honor. But once again, I just can't help emphasize the language under 157 that even not just the cases can go to the bankruptcy court. The proceedings under 11, Title 11, and 362K is under Title 11. So that proceeding, the district court, the Western District of North Carolina has ceded its jurisdiction. I would then query as to whether the district court retained jurisdiction notwithstanding the reference. What would be the need for 28 U.S.C. Section 157D? It's not a 157 case. It's not a bankruptcy case. And it's not automatically referred. That case ended. The bankruptcy case ended when it was closed. And sometime after that case was closed, they brought an independent action in the federal court. Now, why would this case be referred to bankruptcy? It's not a bankruptcy case. They're not resolving the debtors and creditors. It's a damage action. Your Honor, it is a damage action, but it's a damage action that arises under Title 11. That's what 1334 gives us. It says exclusive jurisdiction shall have original but not exclusive jurisdiction of all civil proceedings arising under Title 11 or arising in or related to cases under Title 11. It's a pretty broad grant. And Congress is saying we're going to give that original jurisdiction for those cases in the district court. And it's not a 157 case. It's not a bankruptcy case, this case. But, Your Honor, hasn't the district court in the Western District of North Carolina made it a 157 by its reference? It's not even a bankruptcy issue. This is not a case resolving claims among debtors and creditors. This is for discharge. This has no – tell me what aspect of this case, except for the fact it comes under 362 of the day, is a bankruptcy case. It's not resolving a bankruptcy estate. Well, Your Honor, in fair candor in this instance, it is a proceeding arising under Title 11. It's 11 U.S.C. 7362K. And 1334 gives that to the district court, but it's not a 157 case. And in this instance, one of the plaintiffs is the Chapter 13 trustee. But he's not asking that the case be set aside. He's not asking that he be relieved of anything in the bankruptcy case. He's not challenging anything in the bankruptcy case. All Ms. Houck is doing is saying, I was damaged because there was a tortious conduct against me. Correct, and that damage is a result of 11 U.S.C. section 362K. Right. What if the original bankruptcy petition had been filed in the district court? Is that – I mean, I suppose the district court would have said, Hey, wait a minute, you can't file that here. Our order of reference says you need to file in the bankruptcy court. Isn't that right? Your Honor, I cannot speak to the Western District of North Carolina, but I can speak to the Eastern District of Virginia, where I practice, and I do know regularly that that is what would happen from a district court perspective. Well, let me ask you a question about whether – it's kind of like whether you can be a little bit pregnant or not. In your view, do district courts have jurisdiction to decide motions for withdrawal for the referral of the bankruptcy? Yes, Your Honor, they do under 157D. And in this case, bankruptcy was closed the day after the sale, I think, because it was untimely filed. So the plaintiff at that point in time is in a catch-22, can't go back to bankruptcy because that bankruptcy was untimely or violated the time. So where does she go to get relief? Your Honor, I don't believe she is in a catch-22. There is a procedure in place that Congress has established, and that would be she would file a motion to reopen her bankruptcy case. She could even file the underlying action, and then she would file a motion in the district court asking the district court to withdraw for cause, alleging the cause standards as articulated by various circuit courts as to the necessity of why it should be heard by the district court. Now, whether that cause be factors that Your Honor, Judge Nehemiah examined in connection with the Moses case, talking about that this matter involves not only statutorily court claims, but in instance it could also involve constitutionally non-court claims, i.e. some of the state court causes of actions, and therefore as opposed to going through the procedure that's been established. It could, but you know the bankruptcy power and the authorization for bankruptcy courts is all related to bankruptcy. Giving a person a fresh start, adjusting creditors, debtors, all the relief that bankruptcy courts provide. This cause of action relates to none of that. She's not trying to get relief from any creditor. She's not trying to adjust her debts. She's not trying to change an order issued by the bankruptcy court. She's not challenging the dismissal of the case. What she is saying is she has been damaged independently by some conduct that occurred during the bankruptcy case by reason of the creditor foreclosing ahead of time. Your Honor, but that damage is directly related to her bankruptcy case, but for the fact that she filed that... I think she could have brought it there. But I don't think she's mandated to go there because I don't think it's a bankruptcy case now. But for the fact that she filed that bankruptcy case, there would be no protections of 362K. Right. But she's lost her property because of that. In connection with that, Your Honor, the bankruptcy judge pursuant to the referral is the one that is now handling and addressing a debtor's assets, a debtor's liabilities, and knows best about those types of things. To allow a person to circumvent the process and go to other forums to seek redress... You think the bankruptcy court should have referred this? No, the bankruptcy court could have referred it. The bankruptcy could have abstained... I don't mean bankruptcy, district court. Could have referred this, couldn't it? I would take the position, Your Honor, that the standing order already referred it. I do see my time is up. I am happy to answer any additional questions the court may have. So your position is that when Ms. Howell filed this 362K action, it was automatically referred to the bankruptcy court, and the district court simply didn't recognize that? Yes, Your Honor. By the district court's own order of reference, it was sent back down and should have been addressed at the bankruptcy court and... The district court didn't recognize that in this case. Could have done it, couldn't it? I do believe the district court could have. At least, that's what you say, but they'd have to open up the bankruptcy case, wouldn't they? Correct. Or, Your Honor, what the district court could have done on its own motion, because 157D clearly allows it to do it on its own initiative, sua sponte would be to withdraw the reference, in part for this particular 362K claim, and articulate the cause that was necessary for the withdrawal of the reference. And then the court would then have had its jurisdiction. Thanks for your help. Thank you, Your Honor. We have to think about it. All right. Who do we hear from? Mr. Perry? Thank you, Judge Neumeier. I'll make this very quick. A few points. Mr. Buenos said that written notice must be given. Our local courts have said that written notice is not necessary, but actual notice, we've had that. And I don't have sites where I can provide that, but several times Judge Whitley has said that actual notice is what's important, and he said you can't stick your head in the sand. Ricky went out of his way to make sure he knew that the mail wouldn't get there soon enough, and he was attempting to help Life Store and Grid and SPS to not violate the law. He did what he could. And, yes, these are uneducated, simple plaintiffs or litigants. They were, I guess, debtors at that point. So they were doing what they knew. A question on notice. The bankruptcy is still valid, and there could have been amendments to the matrix. While she was still in, she could have amended the matrix. There was a point made about that. I wanted to get that in. The district court. What's the allegation about the matrix? Tell me that in more detail. The opposing counsel was stating that there weren't enough names in the matrix. What names were omitted? Well, there were other smaller creditors that weren't in there, and I don't have them in memory right now. But there were probably, I know, like, I'm sure she had a credit card, smaller creditors like that, and that they should have been in, but as the reproach say, they didn't know enough. What does that have to do with the notice to STS? Well, what I was saying is that they could have amended the notice. If they were still in the bankruptcy, they would have had time to amend the creditor matrix. Would it be appropriate to include a trustee as part of the notice matrix? I mean, it's not a creditor restriction. No, sir, Your Honor. But there was, if they wanted to, sometimes we will if we know about it. As my practice, we do. We try to notice everybody and their sister in a notice because we just want it out there. Quickly, a district court cannot refer stern claims, and we would posit that this is a stern claim in the reference order because your bankruptcy court doesn't hear stern claims. They can if it's by consent, but there couldn't be a standing order to refer stern claims over to district court. This petition was filed, I mean, sorry, it was not a petition. It was not a bankruptcy petition, as you've noted. This was a civil case, 513CV66, and it didn't have to do with an estate. I wanted to point out two parts about Learned Amicus. I appreciate her brief, but there were two failings that were particular to me. First, she states that the district court lacks a necessary familiarity with bankruptcy issues to make appropriate rulings. Well, the district court stands in de novo review of every bankruptcy court, so of course they are familiar with anything that the bankruptcy court would undertake. And secondly, we're talking about fostering economical use of resources. She states that the bankruptcy court would have heard the underlying case. Well, not here. The bankruptcy is aware of the debtor as an asset. There are no assets here. The district court can withdraw the referral, but not here. There never was a referral. The court asked what if, well, you know, Your Honor, I lost my train of thought. There was a question, and I'm not remembering it right now. But we do want to know what happens with the voidable determination that was made on 513, because that was a 362 determination in the district court. Early on, when we tried to stop the sale of the house, and they made a clear 362 determination at that point, but we don't know what happens with that ruling if it's determined that there's no 362 jurisdiction. How could they? Wouldn't they have had to obviate that case or delete that ruling, that order? Of course, it was at that point moved, but they did. The court did undertake a 362 determination early on when it wanted to, and then later it said it didn't. And if you have any questions for me, I'm glad to answer any. Thank you, Your Honor. All right, have I heard from everybody? All right, we'll come down and greet counsel and proceed on.
judges: Paul V. Niemeyer, Albert Diaz, Henry F. Floyd